IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-14906 |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiff FCA US LLC hereby provide notice of claims involving trademarks. The information required by the rule and 15 U.S.C. § 1116(c) is as follows:

1. Names and Addresses of Litigants:

   FCA US LLC
   1000 Chrysler Drive
   Auburn Hills, Michigan 48326

   The Partnerships and Unincorporated Associations Identified on Schedule "A"
   Addresses Unknown

2. U.S. Registrations upon which suit has been brought include:

   | Registration Number | Trademark |
   |---|---|
   | 570186 | CHRYSLER |
   | 1193586 | PLYMOUTH |
   | 2861480 | 300C |
   | 3941344 | (Chrysler winged logo) |
   | 801717 | (Pentastar logo) |

| | |
|---|---|
| 1189233 | DODGE |
| 3538635 | CHALLENGER |
| 2985653 | CHARGER |
| 1800654 | VIPER |
| 4325240 | DART |
| 5839879 | SCAT PACK |
| 3264572 | SUPER BEE |
| 3098722 | SRT |
| 3209150 | R/T |
| 2999082 | [Ram's head shield logo] |
| 5382204 | [Demon face logo] |
| 4831385 | [Hellcat logo] |
| 4696903 | [Scat Pack bee logo] |
| 3264573 | [Super Bee car logo] |
| 2760226 | [Viper snake head shield logo] |
| 2994818 | [Grille design] |
| 3053379 | [Grille design] |

| | |
|---|---|
| 1741153<br>3018766 | HEMI |
| 2994481<br>2983053 | MOPAR |
| 383304 | ![MoPar logo] |
| 2919922 | ![Mopar circular logo] |
| 3806969 | RAM |
| 3071692 | BIG HORN |
| 1973148 | LARAMIE |
| 4946811 | REBEL |
| 6289815 | TRX |
| 3160030 | ![grille design] |
| 2970629 | ![grille design] |
| 2593670 | ![grille design] |
| 0526175<br>1130015<br>1134153<br>1236540<br>2512866<br>2849309<br>4091155 | JEEP |
| 1557843 | WRANGLER |
| 4518178 | CHEROKEE |
| 1415771 | RENEGADE |
| 2666854 | RUBICON |
| 6992182 | ![Jeep paw-print logo] |
| 4272873 | ![Jeep silhouette] |

| | |
|---|---|
| 2975740 | |
| 1170088 | |
| 3199299 | |
| 4043984 | |
| 2924936 | |
| 2794553 | |
| 1433760 2732021 | |
| 2823099 | |
| 2764249 | |

Dated this 9th day of December 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*